IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JOHNSON** **PLAINTIFF**
**ADC #129730**

V.   NO. 4:23-cv-00766-BRW-ERE

**JOHNNY L. WILLIAMS,** *et al*.   **DEFENDANTS**

## ORDER

I have received a Recommendation filed by United States Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Johnson's timely objections, as well as a de novo review of the record, I approve and adopt the Recommendation in its entirety.

Mr. Johnson's claims against Defendant Brandon Carrol are DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. The Clerk is instructed to terminate Defendant Carrol as a party Defendant.

IT IS SO ORDERED, this 7th day of September, 2023.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE