IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JOHNSON**                                                        **PLAINTIFF**
ADC #129730

V.                       NO. 4:23-cv-00766-BRW

**OLLIE LEONADUS REDDICK, JR.**                            **DEFENDANT**

## ORDER

I have received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making *a de novo* review of the record in this case, I approve and adopt the Recommendation in its entirety.

Defendant Ollie Leonadus Reddick, Jr.'s motion for summary judgment (*Doc. 36*) is GRANTED. Mr. Johnson's claims against Defendant Reddick are DISMISSED, with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED this 17th day of September, 2024.


                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE